UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-12240

NICK RING

v.

STEPHANIE'S ON NEWBURY

FILED IN
OPEN COURT
November 19, 2014 /tts/

**SPECIAL VERDICT QUESTIONS FOR THE JURY**

November 19, 2014

STEARNS, D.J.

1. **Minimum Wage**

   a. Did Stephanie's On Newbury fail to satisfy its minimum wage obligations to Nick Ring by failing to inform him of the tip credit?

   Yes _____  No ___✓_____

   If your answer is "No," please answer Question 2 ("Overtime"). If your answer is "Yes," please answer the remaining parts of Question 1 ("Minimum Wage").

   b. What damages do you award Nick Ring for unpaid minimum wages?

   $ _____
   (amount in figures)

   _____
   (amount in words)

2. **Overtime**

   a. Did Stephanie's On Newbury fail to pay Nick Ring overtime that he was due?

   Yes _____   No \_\_\_✓_____

   If your answer is "No," you have reached your final verdict. If your answer is "Yes," please answer the remaining parts of Question 2 ("Overtime").

   b. Was Stephanie's violation of the overtime law willful?

   Yes _____   No _____

   c. What damages do you award Nick Ring for unpaid overtime?

   $ _____
      (amount in figures)

   _____
      (amount in words)

   I certify that the foregoing answer(s) is (are) the unanimous answer(s) of the jury.

   _____*[signature]*_____
      Foreperson

                                    Dated: \_\_11/19/14\_\_